UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| ELIZABETH A. MUNDS,<br><br>                      Plaintiff,<br>    v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br>                      Defendant. | Case No.: 3:21-cv-01177-YY<br><br>ORDER GRANTING MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |

    Based on the Plaintiff's motion, it is hereby ORDERED that attorney fees in the amount of $8,500.00 will be awarded to Plaintiff in care of her attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under Astrue v. Ratliff, 560 U.S. 586 (2010),

and mailed to her attorney, Scott A. Sell, at Mr. Sell's address: 820 SW 2nd Ave., Suite 200, Portland, OR 97204. There are no costs or expenses.

Dated this 27th day of January, 2023.

/s/ Youlee Yim You
U.S. Magistrate Judge

Presented by:
Scott A. Sell
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff