James S. Coon; OSB# 771450
THOMAS, COON, NEWTON & FROST
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Phone: 503-228-5222; Fax: 503-273-9175
E-mail jcoon@tcnf.legal
Of Attorneys for Plaintiff

Scott A. Sell; OSB#: 144297
THOMAS, COON, NEWTON & FROST
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Phone: 503-228-5222; Fax: 503-273-9175
E-mail: ssell@tcnf.legal
Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ELIZABETH A. MUNDS,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 3:21-cv-01177-YY<br><br>ORDER GRANTING MOTION FOR ATTORNEY FEES UNDER 42 U.S.C § 406(B) |

It is hereby ORDERED that attorneys' fees in the amount of $27,200.75 are awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Plaintiff has been awarded attorney fees in the amount of $15,498.26 under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412. When issuing the section 406(b) check for

payment to Plaintiff's attorney, the agency is directed to subtract the amount paid under the EAJA and send Plaintiff's attorneys the balance, minus any applicable processing fees as allowed by statute.

DATED this 2nd day of July, 2025.

_Youlee Yim You_
Youlee Yim You
United States Magistrate Judge

Presented by:
Scott A. Sell
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff